

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00606-CV

**KING RANCH, INC.,**
Appellant

v.

Roel **GARZA,** Cynthia Garza, JS Trophy Ranch, LLC and Los Cuentos, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51717-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellee's brief was originally due on February 20, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until March 21, 2014. On March 18, 2014, Appellee filed an unopposed second motion for extension of time to file the brief until April 21, 2014, for a total extension of sixty days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court not later than April 21, 2014. *See id.* **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLEE'S BRIEF WILL BE GRANTED.**

If Appellee fails to file the brief by April 21, 2014, the court will set the appeal for submission without an Appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting TEX. R. APP. P. 38.1(g))).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court